B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Louisiana

In re  Dyess Medical Center, Inc                      ,        Case No.  17-11907
*Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:    September 2018                               Date filed:    07/20/2017

Line of Business:    Physician office                 NAISC Code:  6211

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

Original Signature of Responsible Party

James Malcolm Dyess
Printed Name of Responsible Party

| Questionnaire: *(All questions to be answered on behalf of the debtor.)* | Yes | No |
|---|:---:|:---:|
| 1. IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☑ | ☐ |
| 12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

Page 2

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME**  $    68,036.38

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month   $ _____

Cash on Hand at End of Month   $ _____

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL**  $ _____

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES**  $    64,801.59

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 68,036.38 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 64,801.59 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | 3,234.79 |

Page 3

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

|  |  |  |
|---|---|---|
| **TOTAL PAYABLES** | $ | 0.00 |

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

|  |  |  |
|---|---|---|
| **TOTAL RECEIVABLES** | $ | 2,085,314.46 |

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 7 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 9 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 15,000.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 75,300.17 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 2,502.02 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 90,000.00 | $ 68,036.38 | $ 21,963.62 |
| EXPENSES | $ 85,000.00 | $ 64,801.59 | $ 20,198.41 |
| CASH PROFIT | $ 5,000.00 | $ 3,234.79 | $ 1,765.21 |

| | | |
|---|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ | 90,000.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ | 85,000.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ | 5,000.00 |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

1:19 PM

10/16/18

Accrual Basis

# Dyess Medical Center, Inc.
## Profit & Loss
### September 2018

|                              | Sep 18     |
|------------------------------|-----------:|
| **Ordinary Income/Expense**  |            |
| **Income**                   |            |
| Fee Income                   | 68,036.38  |
| **Total Income**             | 68,036.38  |
| **Gross Profit**             | 68,036.38  |
| **Expense**                  |            |
| Bank Charges                 | 12.60      |
| Cable Services               | 395.07     |
| Computer Tech Service        | 650.00     |
| Contract Labor               | 6,961.00   |
| Dues & Subscriptions         | 18.00      |
| **Insurance**                |            |
| disability                   | 561.20     |
| Liability Insurance          | 917.78     |
| Malpractice                  | 895.06     |
| Workman's Compensation       | 124.00     |
| **Total Insurance**          | 2,498.04   |
| Legal                        | 15,000.00  |
| lodging expense              | 639.04     |
| Mileage Reimbursement        | 151.29     |
| Office Supplies              | 1,192.46   |
| Officer's Salary             | 7,800.00   |
| Payroll Expenses             | 1,803.98   |
| Postage                      | 434.84     |
| Rent Expense                 | 850.00     |
| Telephone                    | 344.20     |
| Training & Seminars          | 8,600.75   |
| **Utilities**                |            |
| Electricity                  | 2,316.18   |
| Water                        | 265.50     |
| **Total Utilities**          | 2,581.68   |
| Wages                        | 14,868.64  |
| **Total Expense**            | 64,801.59  |
| **Net Ordinary Income**      | 3,234.79   |
| **Net Income**               | 3,234.79   |

Dyess Medical Center, Inc. – Case No. 17-11907

Small Business Monthly Operating Report – September 2018

10. Have you paid anything to your attorney or other professionals this month? YES. Dyess Medical Center paid Richard Martinez $15,000.00 toward his approved fee application.

## CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

September 01, 2018 through September 28, 2018
Account Number: ███████2066

00003196 1 AV 00.378
||l||ll|l|||l|l|lll|l|l|||lll|l|l|l||l|l|l|l||l||l|l|l||l||

00003196 DRE 552 141 27216 NNNNNNNNNNN T 1 000000000 64 ████56 P4710
DYESS MEDICAL CENTER, INC.
12 WESTBANK EXPY
GRETNA LA 70053-3647

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## We updated our Deposit Account Agreement

We published an updated version of our Deposit Account Agreement on August 26, 2018. You can get the latest agreement at a branch or by request when you call us. Here's what you should know:

*   We may use your voice to verify your identity. (General Account Terms, Section I, Other Legal Terms, Telephone and electronic communication)
*   We clarified that any provision in the agreement is enforceable to the fullest extent permitted by law. (General Account Terms, Section I, Other Legal Terms, Rules governing your account)

The following updates will become effective on November 11, 2018:

*   If an account owner dies while residing outside the United States, we may require the appointment of a personal representative in a U.S. court. (General Account Terms, Section B, Checks, Withdrawals, Transfers and Other Account Charges, Death or Incompetence of account owner or sole signer)
*   Check deposits made by mail and addressed to any Chase facility other than National Bank by Mail, may be forwarded to the National Bank by Mail facility at PO Box 36520, Louisville, KY 40233-6520, and will be considered received on the date the deposit is received by that facility. We do not accept cash deposits by mail. (Funds Availability, When Your Deposit Is Received)

Please call us at the number at the top of this statement if you have any questions.

## CHECKING SUMMARY | Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $39,270.37 |
| Deposits and Additions | 5 | 68,036.38 |
| Checks Paid | 33 | -39,160.21 |
| ATM & Debit Card Withdrawals | 20 | -10,781.20 |
| Electronic Withdrawals | 13 | -11,830.77 |
| Fees | 1 | -12.60 |
| Ending Balance | 72 | $45,521.97 |

 CHASE

September 01, 2018 through September 28, 2018
Account Number: ████████2066

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|------|------|------|------|
| 09/06 | Deposit | 983955065 | $2,784.50 |
| 09/12 | Deposit | 983955066 | 21,407.18 |
| 09/18 | Deposit | 825712484 | 12,348.00 |
| 09/28 | Deposit | 983955067 | 20,052.70 |
| 09/28 | Deposit | 983955068 | 11,444.00 |
| **Total Deposits and Additions** | | | **$68,036.38** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|------|------|------|------|
| 3383 ^ | | 09/04 | $300.00 |
| 3422 * ^ | | 09/04 | 84.82 |
| 3423 ^ | | 09/04 | 52.25 |
| 3424 ^ | | 09/05 | 27.28 |
| 3436 * ^ | | 09/04 | 93.70 |
| 3443 * ^ | | 09/04 | 2,785.22 |
| 3453 * ^ | 09/07 | 09/07 | 1,540.00 |
| 3455 * ^ | | 09/13 | 850.00 |
| 3456 ^ | | 09/10 | 314.28 |
| 3457 ^ | | 09/07 | 850.24 |
| 3458 ^ | | 09/12 | 815.00 |
| 3459 ^ | | 09/10 | 417.71 |
| 3461 * ^ | | 09/07 | 645.38 |
| 3462 ^ | | 09/10 | 659.70 |
| 3463 ^ | | 09/12 | 406.75 |
| 3464 ^ | | 09/10 | 630.82 |
| 3465 ^ | | 09/07 | 1,076.20 |
| 3466 ^ | | 09/21 | 57.43 |
| 3467 ^ | | 09/21 | 93.23 |
| 3468 ^ | | 09/21 | 41.72 |
| 3469 ^ | | 09/14 | 1,977.00 |
| 3470 ^ | | 09/24 | 624.01 |
| 3471 ^ | | 09/21 | 781.25 |
| 3472 ^ | | 09/20 | 941.69 |
| 3473 ^ | | 09/24 | 503.94 |
| 3475 * ^ | | 09/21 | 716.32 |
| 3476 ^ | | 09/21 | 1,097.51 |
| 3477 ^ | | 09/21 | 628.64 |
| 3478 ^ | | 09/25 | 802.18 |
| 3479 ^ | | 09/21 | 901.94 |
| 3480 ^ | | 09/25 | 1,320.00 |
| 3481 ^ | | 09/17 | 15,000.00 |
| 3482 ^ | | 09/28 | 2,124.00 |
| **Total Checks Paid** | | | **$39,160.21** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

# CHASE ◉

September 01, 2018 through September 28, 2018
Account Number: ██████████2066

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 09/07 | Card Purchase | 09/05 Usps Postage Stamps. 310-482-5800 CA Card 4380 | $250.00 |
| 09/07 | Card Purchase | 09/07 Amazon.Com Amzn.Com/Bill WA Card 4380 | 117.92 |
| 09/10 | Card Purchase | 09/07 Amazon.Com Amzn.Com/Bill WA Card 4380 | 86.03 |
| 09/10 | Card Purchase | 09/07 City of Gretna 504-3631500 LA Card 4380 | 113.59 |
| 09/10 | Card Purchase | 09/07 Municipal Online Payme 844-7244507 TX Card 4380 | 1.25 |
| 09/10 | Card Purchase | 09/08 Audio Digest Foundati 800-423-2308 CA Card 4380 | 560.15 |
| 09/10 | Card Purchase | 09/10 Ei*Vbmarriott 844-762-0085 WA Card 4380 | 639.04 |
| 09/11 | Card Purchase | 09/11 Amazon.Com Amzn.Com/Bill WA Card 4380 | 175.24 |
| 09/12 | Card Purchase | 09/10 Delta Air 00671802895 Bellevue WA Card 4380 | 820.60 |
| 09/13 | Card Purchase | 09/13 Amzn Mktp US*MT7Py7O Amzn.Com/Bill WA Card 4380 | 6.33 |
| 09/14 | Card Purchase | 09/14 Amzn Mktp US*MT9J4F Amzn.Com/Bill WA Card 4380 | 89.95 |
| 09/17 | Card Purchase | 09/16 Delta Air Baggage Fe New Orleans LA Card 4380 | 60.00 |
| 09/18 | Card Purchase | 09/17 Sq *Acumen Assessments, Lawrence KS Card 4380 | 7,100.00 |
| 09/18 | Card Purchase | 09/17 Uattend.Com 800-5188925 CA Card 4380 | 18.00 |
| 09/19 | Card Purchase | 09/18 Usps Postage Stamps. 310-482-5800 CA Card 4380 | 100.00 |
| 09/19 | Recurring Card Purchase | 09/19 Stamps.Com 855-608-2677 CA Card 4380 | 24.99 |
| 09/21 | Card Purchase | 09/20 Delta Air Baggage Fe Kansas City MO Card 4380 | 60.00 |
| 09/21 | Card Purchase | 09/21 Amzn Mktp US*MT7MN7J Amzn.Com/Bill WA Card 4380 | 287.10 |
| 09/25 | Card Purchase | 09/25 Stamps.Com 855-608-2677 CA Card 4380 | 59.85 |
| 09/27 | Card Purchase With Pin | 09/27 Sams Club Sam's Club Slidell LA Card 4380 | 211.16 |
| | **Total ATM & Debit Card Withdrawals** | | **$10,781.20** |

## ATM & DEBIT CARD SUMMARY

James M Dyess  Card 4380

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $10,781.20 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $10,781.20 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/04 | State Farm Ro 08 Cpc-Client 22 S 1286423522 Tel ID: 9000313400 | $151.74 |
| 09/10 | Cleco Power  Utility  4228766  Web ID: 0000007041 | 1,107.43 |
| 09/10 | Entergy Services Bill Pay  7770103239302  Web ID: 9720570912 | 1,015.81 |
| 09/10 | Afco Pmt &  Wusp 15Fee 04-90622804-07  Web ID: 9200503041 | 895.06 |
| 09/10 | Charter Communic Charter CO 0010431039 Spa CCD ID: C838136000 | 344.20 |
| 09/10 | Cleco Power  Utility  4228766  Web ID: 0000007041 | 192.94 |
| 09/11 | Northwestern Mu  Isa Paymnt  PPD ID: 9000596067 | 561.20 |
| 09/13 | Irs  Usataxpymt 270865670007390 CCD ID: 3387702000 | 2,645.30 |
| 09/17 | State Farm Ro 08 Cpc-Client 22 S 1286423522 CCD ID: 9000313400 | 766.04 |
| 09/18 | First Comp  First Comp  PPD ID: 2470799930 | 124.00 |

 **CHASE**

September 01, 2018 through September 28, 2018
Account Number: ████████2066

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/19 | Cox Comm Lou    Bank Draft | PPD ID: 1581620052 | 395.07 |
| 09/21 | A Prompt Compute Sale | PPD ID: 9215986202 | 650.00 |
| 09/25 | Irs    Usataxpymt 270866874732792 CCD ID: 3387702000 | | 2,981.98 |
| **Total Electronic Withdrawals** | | | **$11,830.77** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/28 | Cash Deposit Immediate | $12.60 |
| **Total Fees** | | **$12.60** |

The monthly service fee of $15.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 09/04 | $35,802.64 | 09/12 | 45,730.50 | 09/20 | 27,980.13 |
| 09/05 | 35,775.36 | 09/13 | 42,228.87 | 09/21 | 22,664.99 |
| 09/06 | 38,559.86 | 09/14 | 40,161.92 | 09/24 | 21,537.04 |
| 09/07 | 34,080.12 | 09/17 | 24,335.68 | 09/25 | 16,373.03 |
| 09/10 | 27,102.11 | 09/18 | 29,441.88 | 09/27 | 16,161.87 |
| 09/11 | 26,365.67 | 09/19 | 28,921.82 | 09/28 | 45,521.97 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 66 |
| Deposits / Credits | 5 |
| Deposited Items | 10 |
| **Transaction Total** | **81** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |

| CASH PROCESSING | AMOUNT |
|---|---|
| Cash Deposits Immediate Verification | $10,040.00 |
| Cash Deposits Post Verification/Night Drop | $0.00 |
| **Cash Deposits Total** | **$10,040.00** |
| Cash Deposits Allowed | $5,000.00 |
| **Excess Cash Deposits** | **$5,040.00** |
| Excess Immediate ($5,040 At $2.50/$1,000) | $12.60 |
| **Total Cash Deposit And Change Order Fees** | **$12.60** |

**CHASE** 🔘

September 01, 2018 through September 28, 2018

Account Number: ████████2066

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

---


CHASE

September 01, 2018 through September 28, 2018
Account Number: ████████████ 2066

This Page Intentionally Left Blank